**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6849**

VANCE BYRD,

Plaintiff - Appellant,

versus

ROBERT L. EHRLICH, JR., Governor; MARY ANN
SAAR, Secretary of Public Safety and
Correctional Services,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William D. Quarles, Jr., District Judge.
(CA-03-01270-03-WDQ)

Submitted: August 14, 2003          Decided: August 22, 2003

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vance Byrd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vance Byrd appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Byrd v. Ehrlich, No. CA-03-01270-03-WDQ (D. Md. filed May 19, 2003; entered May 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2